IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:01-507-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERRY MILTON CREWS | ) | |
| _____ | ) | |

Based upon the United States Probation Officer's recommendation to which this court concurs, the defendant's request for the reduction of his fine is respectfully denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

September 7, 2010
Columbia, South Carolina